IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TODD J. LLOYD,

                **Plaintiff,**

v.                                        CASE NO. 23-3210-JWL

PAUL S. MCCAUSLAND,

                **Defendant.**

## MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time to pay the filing fee. (Doc. 7). The motion will be granted and Plaintiff will be granted to and including October 30, 2023, to submit the initial partial filing fee of $19.50, as calculated in the order granting Plaintiff's motion to proceed in forma pauperis. (Doc. 5.) Thereafter, the remainder of the filing fee will be forwarded from Plaintiff's account in installments calculated under 28 U.S.C. § 1915(b)(2).[1]

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time to Pay Filing Fee (Doc. 7) is **granted.** Plaintiff is granted to and including October 30, 2023 in which to submit the initial partial filing fee of $19.50.

**IT IS SO ORDERED.**

DATED: This 25th day of September, 2023, at Kansas City, Kansas.

                                                  S/ John W. Lungstrum
                                                  JOHN W. LUNGSTRUM
                                                  United States District Judge

---

[1] If Plaintiff instead wishes to submit the full $350.00 filing fee via payment from his forced savings account, as appears to be the case from Plaintiff's motion, that is also permissible. Although the filing fee for a person *not* granted in forma pauperis status is $402.00, Plaintiff is proceeding forma pauperis, so he is not required to pay the $52.00 general administrative fee imposed pursuant to § 1914(b) and the District Court Miscellaneous Fee Schedule prescribed by the Judicial Conference of the United States. Accordingly, Plaintiff's total filing fee is $350.00.